UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. C-11-553 |
| ENRIQUE VEGA-MILIAN | § | |

## ORDER REGARDING UNOPPOSED MOTION FOR CONTINUANCE

Defendant has filed a motion for a continuance of the Pretrial Conference herein. The government is unopposed. The Court has reviewed the motion and grounds therefore.

Accordingly, the Court GRANTS the motion for continuance and further finds that, pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is further ORDERED that this case is set for a Pretrial Conference on September 6, 2011, at 12:00pm, and Jury Selection and Trial set for September 8, 2011 at 9:30am.

SIGNED this 17th day of August, 2011.

JOHN D. RAINEY
SENIOR U.S. DISTRICT JUDGE